1 | MICHELLE B. HEVERLY, Bar No. 178660
mheverly@littler.com
2 | ERIC C. BELLAFRONTO, Bar No. 162102
ebellafronto@littler.com
3 | MICHELE M. BABB, Bar No. 248833
mbabb@littler.com
4 | LITTLER MENDELSON
A Professional Corporation
5 | 50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
6 | Telephone: 408.998.4150
Facsimile: 408.288.5686

E-FILING

FILED
MAY 06 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADR

8 | Attorneys for Defendants
RITE AID CORPORATION, RITE AID HDQTRS,
9 | CORP., AND JOSEPHINE LOPEZ

UNITED STATES DISTRICT COURT

HRL

NORTHERN DISTRICT OF CALIFORNIA

| ANTHA THOLMER, individually and on behalf of others similarly situated; | Case No. **CV 11-02232** |
|---|---|
| Plaintiff, | **DEFENDANT RITE AID HDQTRS. CORP.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| RITE AID CORPORATION, a corporation, RITE AID HDQTRS, CORP., a corporation, JOSEPHINE LOPEZ, an individual, and DOES 1 through 25, inclusive, | |
| Defendants. | |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

DEFENDANT RITE AID HDQTRS. CORP.'S
RULE 7.1 CORPORATE DISCLOSURE
STATEMENT

CASE NO. _____

## DEFENDANT RITE AID HDQTRS. CORP.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Rite Aid Hdqtrs. Corp. hereby certifies as follows: Rite Aid Hdqtrs. Corp. is a wholly-owned subsidiary of Rite Aid Corporation. Rite Aid Corporation does not have any parent corporations. The Jean Coutu Group (PJC), Inc., a Canadian corporation, owns 10% or more of Rite Aid Corporation's stock.

Dated: May 6, 2011

*/s/ E. C. Bellafronto*

MICHELLE B. HEVERLY
ERIC C. BELLAFRONTO
MICHELE M. BABB
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
RITE AID CORPORATION, RITE AID HDQTRS, CORP., AND JOSEPHINE LOPEZ

Firmwide:101529822.1 053348.1075

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

DEFENDANT RITE AID HDQTRS. CORP.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

2.

CASE NO. _____

**PROOF OF SERVICE BY MAIL**

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 50 W. San Fernando, 15th Floor, San Jose, California 95113.2303. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On May 6, 2011, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

> DEFENDANT RITE AID HDQTRS. CORP.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

in a sealed envelope, postage fully paid, addressed as follows:

Dru Anne Keegan, Esq.
Keegan & Associates
31 East Julian Street
San Jose, CA  95112

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 6, 2011, at San Jose, California.


April Ignaitis

Firmwide:101547466.1 053348.1075

(No. )  PROOF OF SERVICE