1  MICHELLE B. HEVERLY, Bar No. 178660
   mheverly@littler.com
2  ERIC C. BELLAFRONTO, Bar No. 162102
   ebellafronto@littler.com
3  MICHELE M. BABB, Bar No. 248833
   mbabb@littler.com
4  LITTLER MENDELSON
   A Professional Corporation
5  50 W. San Fernando, 15th Floor
   San Jose, CA  95113.2303
6  Telephone:    408.998.4150
   Facsimile:     408.288.5686
7

8  Attorneys for Defendants
   RITE AID CORPORATION, RITE AID HDQTRS. CORP.,
9  AND JOSEPHINE LOPEZ

10

11                     UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13 ANTHA THOLMER, individually and on      Case No.  C11-02232 HRL
   behalf of others similarly situated;
14
                  Plaintiff,
15                                          **PROOF OF SERVICE**
   v.
16
   RITE AID CORPORATION, a corporation,
17 RITE AID HDQTRS. CORP., a corporation,
   JOSEPHINE LOPEZ, an individual, and
18 DOES 1 through 25, inclusive,

19                Defendants.

20

(CASE NO C11-02232 HRL. )                              PROOF OF SERVICE

**PROOF OF SERVICE BY MAIL**

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 50 W. San Fernando, 15th Floor, San Jose, California 95113.2303. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On May 6, 2011, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA

STANDING ORDER RE: INITIAL CASE MANAGEMENT AND DISCOVERY DISPUTES

NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE (BLANK FORM)

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE (BLANK FORM)

STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES

in a sealed envelope, postage fully paid, addressed as follows:

Dru Anne Keegan, Esq.
Keegan & Associates
31 East Julian Street
San Jose, CA 95112

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

(CASE NO. C11-02232 HRL. )　　　　2.　　　PROOF OF SERVICE

LITTLER MENDELSON
A Professional Corporation
50 W San Fernando, 15th Floor
San Jose, CA 95113 2303
408 998 4150

1   I declare that I am employed in the office of a member of the bar of this court at
2   whose direction the service was made.
3   Executed on May 6, 2011, at San Jose, California.

*April Ignaitis*

Firmwide:101555262.1 053348.1075

(CASE NO. C11-02232 HRL. )            3.            PROOF OF SERVICE