```
 1  MICHELLE B. HEVERLY, Bar No. 178660
    ERIC C. BELLAFRONTO, Bar No. 162102
 2  MICHELE M. BABB, Bar No. 248833
    NICOLAS T. KELSEY, Bar No. 246060
 3  LITTLER MENDELSON
    A Professional Corporation
 4  50 W. San Fernando, 15th Floor
    San Jose, CA  95113.2303
 5  Telephone:   408.998.4150
    Facsimile:   408.288.5686
 6  mheverly@littler.com
    ecbellafronto@littler.com
 7  mbabb@littler.com

 8
    Attorneys for Defendants
 9  RITE AID CORPORATION, RITE AID HDQTRS,
    CORP., AND JOSEPHINE LOPEZ
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHA THOLMER, individually and on behalf of others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION, a corporation, RITE AID HDQTRS, CORP., a corporation, JOSEPHINE LOPEZ, an individual, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. C11-02232 EJD<br><br>[~~PROPOSED~~]<br><br>**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL, MOTION TO REMAND**<br><br>[RE: Docket Item No. 8]<br><br>Date:       July 14, 2011<br>Time:       10:00 a.m<br>Courtroom:  2 |

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

[~~PROPOSED~~] ORDER DENYING PLT'S
ADMINISTRATIVE MOTION TO FILE UNDER
SEAL, MOTION TO REMAND

CASE NO. _C11-02232 EJD

1    On June 6, 2011, Plaintiff Antha Tholmer purported to file her Motion for Remand
2 under seal.  However, Plaintiff did not comply with Civil Local Rule 79-5 or 7-11, which govern
3 the sealing of documents.  Furthermore, Plaintiff failed to comply with General Oder 62, which
4 requires manual service of any documents filed under seal.  As a result of these failures, Defendants
5 were unable to substantively respond to the Motion to File Under Seal, and the Court is unable to
6 properly analyze Plaintiff's request.  For the foregoing reasons, Plaintiff's Administrative Motion to
7 to File Under Seal, Motion to Remand is DENIED.  Accordingly, Plaintiff shall file the unsealed
8 Motion to Remand on or before June 22, 2011.

**IT IS SO ORDERED.**

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT COURT

Firmwide:102177423.1 053348.1075

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

[PROPOSED] ORDER DENYING PLT'S
ADMINISTRATIVE MOTION TO FILE UNDER
SEAL, MOTION TO REMAND

2.

CASE NO. _C11-02232 EJD