MICHELLE B. HEVERLY, Bar No. 178660
ERIC C. BELLAFRONTO, Bar No. 162102
MICHELE M. BABB, Bar No. 248833
NICOLAS T. KELSEY, Bar No. 246060
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
Telephone:   408.998.4150
Facsimile:    408.288.5686
mheverly@littler.com; ebellafronto@littler.com;
mbabb@littler.com; nkelsey@littler.com

Attorneys for Defendants
RITE AID CORPORATION, RITE AID HDQTRS,
CORP., AND JOSEPHINE LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHA THOLMER, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION, a corporation, RITE AID HDQTRS, CORP., a corporation, JOSEPHINE LOPEZ, an individual, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. C11-02232 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE OCTOBER 28, 2011 CASE MANAGEMENT CONFERENCE** |

Plaintiff Antha Tholmer (hereinafter "Plaintiff") and Defendants Rite Aid Corporation, Rite Aid Hdqtrs, Corp., and Josephine Lopez (hereinafter "Defendants") hereby agree and stipulate through their respective counsel to the following:

WHEREAS, a Case Management Conference in the above entitled action is scheduled for October 28, 2011 at 10:00 a.m. in Courtroom 1;

WHEREAS, the parties wish to continue the Case Management Conference until a date after the Court has had the opportunity to rule on Plaintiff's pending motion to remand this case to

LITTLER MENDELSON, P.C.
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT
CONFERENCE

Case No. C11-02232 EJD

1  California state court, which motion will be heard on January 6, 2012;

2  NOW, THEREFORE, the parties stipulate and respectfully request that the Case
3  Management Conference scheduled for October 28, 2011 be continued until February 10, 2012, or
4  as soon thereafter as the Court's schedule has an available date. The parties further stipulate that all
5  deadlines associated with the Case Management Conference will also be continued.

6  IT IS SO STIPULATED.

8  Dated: October 11, 2011

10  /s/ *Nicolas T. Kelsey*
11  Nicolas T. Kelsey
    LITTLER MENDELSON
12  A Professional Corporation
    Attorneys for Defendants
13  RITE AID CORPORATION, RITE AID
    HDQTRS, CORP., AND JOSEPHINE LOPEZ

14  Dated: October 11, 2011

16  /s/ *Dru Anne Keegan*
17  Dru Anne Keegan
    KEEGAN & ASSOCIATES
    Attorneys for Plaintiff
18  ANTHA THOLMER

20  **ORDER**

21  The Court having reviewed the foregoing joint stipulation, IT IS HEREBY ORDERED as
22  follows:

23  The October 28, 2011 Case Management Conference in the above entitled action is continued
24  to  March 2, 2014   at   )1:00   in Courtroom   1  .
25  A joint case management conference statement is due February 24, 2012

26  Dated: October 17, 2011
                                                    HONORABLE EDWARD J. DAVILA
27                                                  UNITED STATES DISTRICT JUDGE

28  Firmwide:104458490.1 053348.1075

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT          2.              Case No. C11-02232 EJD
CONFERENCE

LITTLER MENDELSON, P.C.
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150