1  MICHELLE B. HEVERLY, Bar No. 178660
   ERIC C. BELLAFRONTO, Bar No. 162102
2  MICHELE M. BABB, Bar No. 248833
   NICOLAS T. KELSEY, Bar No. 246060
3  LITTLER MENDELSON
   A Professional Corporation
4  50 W. San Fernando, 15th Floor
   San Jose, CA  95113.2303
5  Telephone:     408.998.4150
   Facsimile:      408.288.5686
6  mheverely@littler.com; ebellafronto@littler.com;
   mbabb@littler.com; nkelsey@littler.com
7

8  Attorneys for Defendants
   RITE AID CORPORATION, RITE AID HDQTRS,
9  CORP., AND JOSEPHINE LOPEZ

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13  ANTHA THOLMER, individually and on       Case No. C11-02232 EJD
    behalf of others similarly situated,
14                                            STIPULATION AND [PROPOSED]
                        Plaintiff,            ORDER TO CONTINUE OCTOBER 28,
15                                            2011 CASE MANAGEMENT
          v.                                  CONFERENCE
16
    RITE AID CORPORATION, a
17  corporation, RITE AID HDQTRS, CORP.,
    a corporation, JOSEPHINE LOPEZ, an
18  individual, and DOES 1 through 25,
    inclusive,
19
                        Defendants.
20

21

22       Plaintiff Antha Tholmer (hereinafter "Plaintiff") and Defendants Rite Aid Corporation, Rite

23  Aid Hdqtrs, Corp., and Josephine Lopez (hereinafter "Defendants") hereby agree and stipulate

24  through their respective counsel to the following:

25       WHEREAS, a Case Management Conference in the above entitled action is scheduled for

26  October 28, 2011 at 10:00 a.m. in Courtroom 1;

27       WHEREAS, the parties wish to continue the Case Management Conference until a date after

28  the Court has had the opportunity to rule on Plaintiff's pending motion to remand this case to

LITTLER MENDELSON, P.C.
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT
CONFERENCE                                                          Case No. C11-02232 EJD

1   California state court, which motion will be heard on January 6, 2012;

2       NOW, THEREFORE, the parties stipulate and respectfully request that the Case

3   Management Conference scheduled for October 28, 2011 be continued until February 10, 2012, or

4   as soon thereafter as the Court's schedule has an available date.  The parties further stipulate that all

5   deadlines associated with the Case Management Conference will also be continued.

6   IT IS SO STIPULATED.

7

8   Dated: October 11, 2011

9

10                                          /s/ Nicolas T. Kelsey
                                            Nicolas T. Kelsey
11                                          LITTLER MENDELSON
                                            A Professional Corporation
12                                          Attorneys for Defendants
                                            RITE AID CORPORATION, RITE AID
13                                          HDQTRS, CORP., AND JOSEPHINE LOPEZ

14  Dated: October 11, 2011

15

16                                          /s/ Dru Anne Keegan
                                            Dru Anne Keegan
17                                          KEEGAN & ASSOCIATES
                                            Attorneys for Plaintiff
18                                          ANTHA THOLMER

19

20                              **ORDER**

21      The Court having reviewed the foregoing joint stipulation, IT IS HEREBY ORDERED as

22  follows:

23      The October 28, 2011 Case Management Conference in the above entitled action is continued

24  to ___March 2, 2014___ at ___)1:00___ in Courtroom ___1___.

25      A joint case management conference statement is due February 24, 2012

26  Dated: ___October 17, 2011___          _____
                                            HONORABLE EDWARD J. DAVILA
27                                          UNITED STATES DISTRICT JUDGE

28  Firmwide:104458490.1 053348.1075

LITTLER MENDELSON, P.C    STIPULATION AND [PROPOSED] ORDER TO
A PROFESSIONAL CORPORATION  CONTINUE CASE MANAGEMENT                2.          Case No. C11-02232 EJD
50 W. San Fernando, 15th Floor  CONFERENCE
San Jose, CA  95113.2303
408.998.4150