UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHA THOLMER, | Case No. 5:11-02232 EJD |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| RITE AID CORPORTION, ET AL, | |
| Defendants. / | |

This case is scheduled for a Case Management Conference on April 20, 2012. The parties have informed the court that they may reach a settlement shortly. Accordingly, the Case Management Conference is CONTINUED to May 18, 2012. No later than May 8, 2012, the parties shall submit an updated joint case management conference statement.

**IT IS SO ORDERED.**

Dated: April 17, 2012

EDWARD J. DAVILA
United States District Judge

Case No. 5:11-02232 EJD
CASE MANAGEMENT ORDER

1